UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, Two Thousand Twenty Five

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs/Appellees,

v.

RUDOLPH W. GIULIANI,

        Defendant/Appellant.

STIPULATION
Docket Number: 24-3070

The undersigned counsel for the parties stipulate that the instant appeal is withdrawn without costs pursuant to Federal Rule of Appellate Procedure 42(b)(1).

Date: January 27, 2025

_____
Joseph Cammarata, Esq., Cammarata & De Meyer P.C.
Attorneys for Appellant

Date: January 27, 2025

_____
Aaron Nathan, Esq., Willkie Farr & Gallagher LLP
Attorneys for Appellees